# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

TIMOTHY VERNON KASHNER,

Petitioner

v.

JOHN KERESTES,

Respondent

: No. 378 MAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.